UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-CR-00347-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TYREE BELK,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Wesley S. White's Motion for Authorization for Interim Voucher Payment. Having considered Wesley S. White's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Wesley S. White's Motion for Authorization for Interim Voucher Payment (#40) is **GRANTED**, and Mr. White is authorized to submit a Voucher for interim payment.

Signed: February 12, 2019

Max O. Cogburn Jr.
United States District Judge