UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-347-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TYREE BELK,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the Government's Motion for an Order Setting a Motions Deadline and Trial Status Conference. (Doc. No. 55). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government's Motion for an Order Setting a Motions Deadline and Trial Status Conference, (Doc. No. 55), is **GRANTED**. Both parties have up to and including May 5, 2019, to file pre-trial motions. Pre-trial motions will not be allowed after May 5, 2019, without first seeking leave of court to do so.

Furthermore, this matter will be calendared for a status conference to be held on May 13, 2019, at 10 a.m. in Charlotte, North Carolina, in a courtroom to be determined later. The Clerk will issue a notice officially setting the time and date for the conference.

Signed: April 24, 2019



Max O. Cogburn Jr.
United States District Judge