UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-347-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TYREE BELK,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Response to Defendant's Motion to Dismiss Grand Jury Indictment. Having considered the Government's response and reviewed the pleadings, the Court enters the following Order.

## ORDER

**IT IS ORDERED** that, in accordance with the Government's request in its response, the Court will allow the Government to provide the Court with various exhibits so that the Court may conduct an in camera review before ruling on defendant's Motion to Dismiss Grand Jury Indictment. The Government shall provide these exhibits to the Court for in camera review within ten days. The Government shall also provide physical copies for defendant to review with standby counsel.

Signed: June 28, 2019

Max O. Cogburn Jr.
United States District Judge