UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-347-MOC-DCK-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **TYREE BELK,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the Government's Motion for Forfeiture of Property. (Doc. No. 106).

**IT IS HEREBY ORDERED** that defendant shall have ten days in which to respond to the Government's motion.

Signed: October 30, 2019

Max O. Cogburn Jr.
United States District Judge