UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-347-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TYREE BELK,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for New Trial. (Doc. No. 105). Defendant is proceeding pro se.

**IT IS ORDERED** that the Government shall submit a brief in response to defendant's motion within ten days.

Signed: October 31, 2019

Max O. Cogburn Jr.
United States District Judge