# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO: 3:17-CR-00347-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| TYREE BELK, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's "Motion for Documents to Prepare for Hearing" (#118), by which Defendant requests the Court to order the Government to produce additional evidence to substantiate his Motion for Reconsideration of the Court's Order denying his Motion for New Trial (#111). The Court is scheduled to hear Defendant's Motion for Reconsideration (#114) and the Government's Motion for Forfeiture of Property (#116) on January 15, 2020. At that hearing, the Court will decide what additional production, if any, is warranted.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion for Documents to Prepare for Hearing" is held in **ABEYANCE**, pending the Court's hearing on Defendant's Motion for Reconsideration and the Government's Motion for Forfeiture of Property.

Signed: January 3, 2020

Max O. Cogburn Jr.
United States District Judge